IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

AMANDA SCOTT                                                              PLAINTIFF

v.                               Case No. 5:16-cv-00298-KGB

CITY OF DUMAS, ARKANSAS, *et al.*                                         DEFENDANTS

## ORDER

Before the Court is plaintiff Amanda Scott's motion for voluntary dismissal without prejudice (Dkt. No. 31). Ms. Scott represents that defendants do not object to the granting of the relief sought (*Id.*, ¶ 2). For good cause shown, the Court grants the motion and dismisses this case without prejudice (Dkt. No. 31).

So ordered this 21st day of May, 2018.

_____
Kristine G. Baker
United States District Judge